United States District Court

Eastern District of California

Robert L. Haynes,

    Petitioner,                           No. Civ. S 03-0356 LKK PAN P

  vs.                                     Order

Anthony Lamarque, Warden,

    Respondent.

-oOo-

January 27, 2005, the court granted petitioner's motion to hold this action in abeyance and directed petitioner to file and serve a status report in six months. The six months have passed and petitioner has not filed and served a status report.

Accordingly, petitioner has 30 days from the date of this

///

///

///

///

1  order to file and serve a status report stating whether
2  proceedings to exhaust his federal claims have concluded.
3      So ordered.
4      Dated:  October 27, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge