IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. HAYNES,

    Petitioner,                    No. CIV 03-0356 LKK PAN P

    vs.

ANTHONY LAMARQUE, Warden,

    Respondent.                    <u>ORDER</u>

———————————————/

        Respondent seeks an extension of time to file and serve a response to the petition pursuant to the court's order of December 8, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's March 6, 2006, request for an extension of time is granted; and

        2. Respondent is granted thirty days from the date of this order in which to file and serve a response to the petition. Petitioner's reply shall be filed thirty days thereafter.

DATED: March 15, 2006.

                                    /s/ [signature]
                                UNITED STATES MAGISTRATE JUDGE

\004; \hayn0356.grnt eot