IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. HAYNES,

    Petitioner,                    No. CIV S-03-0356 LKK PAN P

    vs.

ANTHONY LAMARQUE, Warden,

    Respondent.              ORDER

_____/

    Petitioner seeks an extension of time to file and serve a reply pursuant to the court's order of March 15, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's May 3, 2006 motion for an extension of time is granted; and

    2. Petitioner is granted 30 days from the date of this order to file and serve a reply.

DATED: May 15, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

/mp/004
hayn0356.111